IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 1:18 CR 366 |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | JUDGE CHRISTOPHER BOYKO |
| v. | ) | |
| | ) | |
| TIMOTHY HUGHART, | ) | |
| | ) | |
| DEFENDANT. | ) | |

**NOTICE OF INTENT TO PLEAD GUILTY**

Now comes the defendant, TIMOTHY HUGHART, by and through counsel, and hereby gives notice of the defendant's intent to change his plea to guilty to the indictment. There is no written plea agreement between the parties. The defendant would not oppose the transfer of this case to a Magistrate Judge for the purpose of accepting his change of plea, if the Court so decided.

Respectfully submitted,

/s/*Robert Duffrin*
Attorney Robert Duffrin 0061784
Attorney for Timothy Hughart
755 Boardman-Canfield Road, Suite M-1
Youngstown, OH 44512
(330) 454-2136
duffrin@whalenduffrinlaw.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on September 10, 2018 a copy of foregoing NOTICE OF INTENT TO PLEAD GUILTY was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's system.

                                           Respectfully submitted,

                                           /s/*Robert Duffrin*
                                         Attorney Robert Duffrin 0061784
                                         Attorney for Timothy Hughart